**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| | ) | |
| **Teresa Perkins,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | **13-3232-CV-S-JTM** |
| **Carolyn W. Colvin,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**O R D E R**

On July 23, 2014, the Court heard oral argument on the *Plaintiff's Social Security Brief,*

filed December 27, 2013, [Doc. 9] and the *Brief For Defendant*, filed March 12, 2014, [Doc. 11].

After due consideration of the issues presented, and for the reasons set forth by the Court at the

conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.


                                      */s/ John T. Maughmer*
                                   **JOHN T. MAUGHMER
                                   U. S. MAGISTRATE JUDGE**